United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID STAHLER, et al.,<br><br>    Defendants. | Case No.  14-cv-05135-JST (PR)<br><br>**ORDER OF DISMISSAL** |

On December 10, 2014, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On March 24, 2015, the Court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured.  The Court directed plaintiff to file an amended complaint within thirty days.  Plaintiff was cautioned that his failure to do so would result in the dismissal of this action.

More than thirty days have passed, and plaintiff has not filed an amended complaint. Accordingly, the instant action is DISMISSED without prejudice.  The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated:  May 5, 2015

_____
JON S. TIGAR
United States District Judge